| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Paul J. Romero** | Social Security number or ITIN  **xxx–xx–6361** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **7  5/30/20** |
| Case number:  **20–11744** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Paul J. Romero | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3540 N. Pulaski, Apt. 2  Chicago, IL 60641 | | |
| 4. | **Debtor's attorney**  Name and address | David M Siegel  David M. Siegel & Associates  790 Chaddick Drive  Wheeling, IL 60090 | | Contact phone 847 520–8100  Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**  Name and address | David R Herzog  Herzog & Schwartz PC  77 W Washington Suite 1400  Chicago, IL 60602 | | Contact phone 312 977–1600  Email: drhlaw@mindspring.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 6/1/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 6, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**Appear by Telephone. For instructions,, visit: www.justice.gov/ust-regions-r11/, region-11-northern-district-illinois** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/4/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 20-11744-DRC
Paul J. Romero                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ldavis              Page 1 of 2          Date Rcvd: Jun 01, 2020
                              Form ID: 309A             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db          +Paul J. Romero,    3540 N. Pulaski,,    Apt. 2,    Chicago, IL 60641-3946
28873366    +American Web Loan,    2128 N 14th St.,    Suite 130,    Ponca City, OK 74601-1831
28873368    +Atg Credit,    1700 W Cortland St Ste 2,    C/O First Medical Center,    Chicago, IL 60622-1131
28873369    +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
28873379    +CMRE Financial Services,    3075 E. Imperial HWY 200,    Brea, CA 92821-6753
28873376    +Chicago Foot & Ankle, LLC,    3000 N Halsted Street,    Suite 301,    Chicago, IL 60657-5190
28873377     City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
              Chicago, IL 60680-1292
28873378    +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28873380     Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
              Carol Stream, IL 60197-6113
28873381    +Community First Medical Center,    PO Box 366,    Hinsdale, IL 60522-0366
28873384     First Financial Investment Fund V,    3091 Governors Lake Dr STE 500,    Norcross, GA 30071-1135
28873387     Head & Neck and Cosmetic,    Surgery Associates, LTD.,    135 S. LaSalle, Dept. 4736,
              Chicago, IL 60674-4736
28873388    +Merchants Credit Guide Co,    PO Box 1259,    Oaks, PA 19456-1259
28873390    +Oportun/progreso Finan,    1600 Seaport Blvd,    Redwood City, CA 94063-5577
28873392    +Peoples Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
28875144     Richard Chiovari,    Arlington Heights, IL 60004
28873396    +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
28873397     Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28873398     Silver Cloud Financial,    635 East Hwy 20, C,    Upper Lake, CA 94585
28873399    +Solid Oak Finance,    PO Box 12101,    Santa Rosa, CA 95406-2101
28873402    +Weiss Memorial Hospital,    4646 N. Marine Drive,    Chicago, IL 60640-5759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: davidsiegelbk@gmail.com Jun 02 2020 02:38:31     David M Siegel,
              David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr          +EDI: FDRHERZOG.COM Jun 02 2020 06:03:00      David R Herzog,    Herzog & Schwartz PC,
              77 W Washington Suite 1400,    Chicago, IL 60602-3228
28873367    +EDI: PHINHARRIS Jun 02 2020 06:03:00      Arnold Scott Harris, P.C.,
              111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28873370    +EDI: TSYS2.COM Jun 02 2020 06:03:00      Barclays Bank Delaware,    125 S. West St.,
              Wilmington, DE 19801-5014
28873371     EDI: CAPITALONE.COM Jun 02 2020 06:03:00      Cap One,    15000 Capital One Dr,
              Richmond, VA 23238
28873382     E-mail/Text: karmstrong@cdac.biz Jun 02 2020 02:39:08     Creditors Discount & A,    415 E Main,
              c/o Emergency Room Care SC.,    Streator, IL 61364
28873372    +EDI: CAPITALONE.COM Jun 02 2020 06:03:00      Cap One,    10700 Capital One Way,
              Richmond, VA 23060-9243
28873373     EDI: CAPONEAUTO.COM Jun 02 2020 06:03:00      Capital One Auto Finan,    Credit Bureau Dispute,
              Plano, TX 75025
28873374    +EDI: CAPONEAUTO.COM Jun 02 2020 06:03:00      Capital One Auto Finance,    PO Box 259407,
              Plano, TX 75025-9407
28873375     E-mail/Text: khorner@checkintocash.com Jun 02 2020 02:41:42     Check into Cash,
              Attn: Collections/Bankruptcy,    P.O. Box 550,    Cleveland, TN 37364-0550
28873383    +EDI: NAVIENTFKASMDOE.COM Jun 02 2020 06:03:00      Dept Of Ed/navient,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
28873385    +EDI: AMINFOFP.COM Jun 02 2020 06:03:00      First Premier Bank,    3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
28873386    +EDI: CBS7AVE Jun 02 2020 06:03:00      Ginny's,    c/o Swiss Colony,    1112 7th Ave.,
              Monroe, WI 53566-1364
28873389    +EDI: NAVIENTFKASMSERV.COM Jun 02 2020 06:03:00      Navient Solutions Inc,    11100 Usa Pkwy,
              Fishers, IN 46037-9203
28873391    +E-mail/Text: opportunitynotices@gmail.com Jun 02 2020 02:41:16      Oppity Fin,    11 E. Adams,
              Chicago, IL 60603-6301
28873393     EDI: PRA.COM Jun 02 2020 06:03:00      Portfolio Recovery Associates,
              120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
28873394     EDI: Q3G.COM Jun 02 2020 06:03:00      Quantum3 Group,    P.O. Box 788,    Kirkland, WA 98083-0788
28873395    +EDI: DRIV.COM Jun 02 2020 06:03:00      Santander Consumer USA,    Bankruptcy Department,
              PO BOX 961245,    Fort Worth, TX 76161-0244
28873401    +E-mail/Text: bankruptcy@speedyinc.com Jun 02 2020 02:39:52     Speedy Cash,
              Bankruptcy Department,    PO Box 780408,    Wichita, KS 67278-0408
28873400    +E-mail/Text: bankruptcy@speedyinc.com Jun 02 2020 02:39:52     Speedy Cash,
              Bankruptcy Department,    8400 E. 32nd Street N,    Bel Aire, KS 67226-2608
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: ldavis                Page 2 of 2                   Date Rcvd: Jun 01, 2020
                              Form ID: 309A               Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
          David M Siegel     on behalf of Debtor 1 Paul J. Romero davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```